UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION NO.: |
| | ) | |
| v. | ) | 1:23-CR-16 |
| | ) | |
| JOHN ARENA | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE
*Unauthorized Excavation, Removal, Damage, Alteration or Defacement of Archeological Resources*
16 U.S.C. § 470ee(a)

Between in or about February 2018 and August 2018, in the Southern District of Georgia and the District of South Carolina, the defendant,

**JOHN ARENA**,

aided and abetted T.W. and L.R. to knowingly excavate, remove, damage, or otherwise alter or deface an archeological resource located on public property, without the appropriate permit and permission.

All in violation of 16 U.S.C. § 470ee(a) and 18 U.S.C. § 2.

Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division